IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br>vs. <br><br>JOSE LUIS MARTINEZ, <br><br>          Defendant. | 4:15CR3005 <br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney Jessica L. Milburn to withdraw as counsel of record for defendant, (filing no. 16), is granted.

2) Defendant's newly retained counsel, Mike Nelson, shall promptly notify the defendant of the entry of this order.

3) The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

February 18, 2015.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge