IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL GODINEZ MILIAN,<br><br>　　　　　Defendant. | 4:15CR3005<br><br>**ORDER** |

IT IS ORDERED:

1)   Government's unopposed motion to continue, (filing no. 30), is granted.

2)   The evidentiary hearing on defendant's motion to suppress, (filing no. 27), will be held in two parts before the undersigned magistrate judge. Part one will be held on May 26, 2015 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

3)   Part two will be held on June 15, 2015 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

4)   Counsel are reminded that pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

May 7, 2015.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge